11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Barry Glenn
Seabourn

Appellant

Vs.                   No.
11-04-00006-CR B Appeal
from Taylor County

State of Texas

Appellee

 

In
1991, Barry Glenn Seabourn entered a plea of guilty to the offense of theft of
a motor vehicle with one prior conviction. 
The trial court convicted Seabourn and assessed his punishment at
confinement for 14 years pursuant to a plea bargain agreement.  On January 5, 2004, Seabourn filed a pro se
notice of appeal seeking an out-of-time appeal. 
We dismiss for want of jurisdiction.

This
court only has jurisdiction to entertain appeals that are timely perfected
pursuant to TEX.R.APP.P. 25.2 & 26.2. 
Seabourn may be able to seek an out-of-time appeal by filing in the
trial court a post-felony conviction writ of habeas corpus returnable to the
Court of Criminal Appeals.   TEX. CODE
CRIM. PRO. ANN. art. 11.07 (Vernon Supp. 2004).

The
appeal is dismissed.

 

PER CURIAM

 

February 5, 2004

Do not
publish.  See TEX.R.APP.P.
47.2(b).

Panel consists of:  Arnot, C.J., and

Wright, J., and McCall, J.